SANFORD M. CIPINKO (State Bar No. 88102)
LAW OFFICES OF SANFORD M. CIPINKO
55 Francisco Street, Suite 403
San Francisco, CA 94133
Telephone: (415) 693-9905

ROBERT E. WHITE (State Bar No. 78567)
SUSAN C. RUSHAKOFF (State Bar No. 115250)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA 94108
Telephone: (415) 788-6151

Attorneys for plaintiffs and counterdefendants
ESCANNET, a California corporation,
Julianne Feinberg, and Arthur V. Pearson

FENN C. HORTON, III (State Bar No. 119888)
PAHL & GOSSELIN
A Professional Corporation
100 West Santa Clara Street, Fourteenth Floor
San Jose, CA 95113
Telephone (408) 286-5100

Attorneys for defendants Salvador Chavez,
Jessie Patterson, Michael Romero, Anya Nikulina,
Remend, Inc. and Silkroad Software & Services, Inc.
and counterclaimants Salvador Chavez, Jessie Patterson,
Michael Romero, Anya Nikulina, and Remend, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCANNET, a California corporation, et. al., <br><br>Plaintiffs, <br><br>vs. <br><br>SALVADOR CHAVEZ, et. al., <br><br>Defendants. <br><br>AND RELATED CROSS-CLAIM | No. C 04-02935 SI [E-filing] <br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DESIGNATION OF EXPERT WITNESSES, EXPERT REPORTS & EXPERT DISCOVERY CUTOFF** |

-1-

STIPULATION AND [PROPOSED] ORDER REGARDING DESIGNATION OF EXPERT WITNESSES,
EXPERT REPORTS & EXPERT DISCOVERY CUTOFF

|  |  |
|---|---|
| 1 | The parties, by and through their undersigned counsel, hereby stipulate as |
| 2 | follows: |
| 3 | 1. The date for the designation of expert witnesses and exchange of |
| 4 | expert witness reports, each currently scheduled for July 1, 2005, shall each be extended |
| 5 | to and including July 8, 2005; |
| 6 | 2. The date for the designation of rebuttal experts currently scheduled |
| 7 | for July 11, 2005, shall be extended to and including July 18, 2005; and, |
| 8 | 3. The expert discovery cutoff date currently set for August 5, 2005, shall |
| 9 | be extended to and including August 12, 2005. |
| 10 | 4. The parties do not anticipate that the foregoing extensions will impact |
| 11 | on the present trial date of November 14, 2005, or dates ancillary to the trial date such as |
| 12 | the pretrial conference. |

SO STIPULATED.

Dated: June 28, 2005.         Respectfully submitted,

PAHL & GOSSELIN

By: _____
FENN C. HORTON, III

Attorneys for Defendants and Counterclaimants

Dated: June 28, 2005.         LAW OFFICES OF ROBERT E. WHITE

and

LAW OFFICES OF SANFORD M. CIPINKO

By: _____
ROBERT E. WHITE

Attorneys for Plaintiffs and Counterdefendants

-2-

STIPULATION AND [PROPOSED] ORDER REGARDING DESIGNATION OF EXPERT WITNESSES,
EXPERT REPORTS & EXPERT DISCOVERY CUTOFF

ORDER APPROVING STIPULATION

Pursuant to the above Stipulation between counsel,

IT IS HEREBY ORDERED THAT:

1. The date for the designation of expert witnesses and exchange of expert witness reports, each currently scheduled for July 1, 2005, shall each be extended to and including July 8, 2005;

2. The date for the designation of rebuttal experts currently scheduled for July 11, 2005, shall be extended to and including July 18, 2005; and,

3. The expert discovery cutoff date currently set for August 5, 2005, shall be extended to and including August 12, 2005.

Dated: June ___, 2005.



_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

-3-

STIPULATION AND [PROPOSED] ORDER REGARDING DESIGNATION OF EXPERT WITNESSES, EXPERT REPORTS & EXPERT DISCOVERY CUTOFF