1  SANFORD M. CIPINKO (CSB No. 88102)
   LAW OFFICES OF SANFORD M. CIPINKO
2  55 Francisco Street, Suite 403
   San Francisco, CA 94133
3  Telephone: (415) 693-9905

4  ROBERT E. WHITE (CSB No. 78567)
   SUSAN C. RUSHAKOFF (CSB No. 115250)
   LAW OFFICES OF ROBERT E. WHITE
5  177 Post Street, Suite 890
   San Francisco, CA 94108
6  Telephone: (415) 788-6151

7  Attorneys for plaintiffs and counterdefendants
   ESCANNET, a California corporation,
8  Julianne Feinberg, and Arthur V. Pearson,

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12  ESCANNET, a California corporation,       )   No. C 04-02935 SI
    et. al.,                                  )
13                                            )   STIPULATION AND [PROPOSED]
              Plaintiffs,                     )   ORDER RE DEPOSITION OF ONSET IV
14                                            )   MANAGEMENT, L.L.C.
    vs.                                       )
15                                            )
    SALVADOR CHAVEZ, et. al.,                 )
16                                            )
              Defendants.                     )
17  _____)
                                              )
18  AND RELATED CROSS-CLAIM                   )
                                              )
19  _____)

20         IT IS HEREBY STIPULATED BY THE PARTIES AND BY ONSET IV

21  MANAGEMENT, L.L.C., through their respective counsel, who warrant their authority, as

22  follows:

23                                    RECITALS

24         A. On or about June 30, 2005, third party deponent Onset IV Management,

25  L.L.C. ("Onset") was served with a subpoena duces tecum requiring production of documents

26  and testimony by the person most knowledgeable pursuant to Fed. R. Civ. P. 30(b)(6). The

27  subpoena duces tecum is returnable on July 26, 2005.

28
                                         -1-
    STIPULATION AND ORDER RE DEPOSITION OF ONSET IV MANAGEMENT, L.L.C.

1       B. Onset and the parties have agreed that Onset may first produce documents in response to the subpoena duces tecum and to defer the Fed. R. Civ. P. 30(b)(6) deposition of Onset so as to minimize the intrusion on the time of Onset and its representatives until such time as plaintiffs determine whether they in fact need Onset's testimony in addition to production of documents.

      C. Onset and defendants are agreeable to postponing the deposition of Onset to a reasonable time provided their rights are reserved, including but not limited to the right to move to quash the subpoena duces tecum in connection with the deposition of Onset's Rule 30(b)(6) representative(s).

      IT IS THEREFORE STIPULATED AND AGREED by and between the parties and Onset as follows:

      1. Defendants agree to extend the August 5, 2005, percipient discovery cutoff date until August 26, 2005 only for the purposes of taking the Onset deposition, and reserves all rights to oppose the Onset deposition, including the right to move to quash, object, or request a protective order, should it be re-noticed by plaintiffs.

      2. Onset agrees to produce documents pursuant to the subpoena no later than July 26, 2005. Onset reserves all rights to oppose the Onset deposition, including the right to move to quash, object, or request a protective order, should it be re-noticed by plaintiffs.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

-2-

STIPULATION AND ORDER RE DEPOSITION OF ONSET IV MANAGEMENT, L.L.C.

3. Plaintiffs reserve all rights to enforce the subpoena duces tecum, including but not limited to motions to compel or other relief.

Dated: August 4, 2005.

                LAW OFFICES OF SANFORD M. CIPINKO

                and

                LAW OFFICES OF ROBERT E. WHITE

By: _Robert E. White_____
    ROBERT E. WHITE

Attorneys for plaintiffs and counterdefendants ESCANNET, a California corporation JULIANNE FEINBERG and ARTHUR PEARSON

Dated: August 4, 2005.

                COOLEY GODWARD, L.L.P.

By: _Daniel Kaleba_____
    DANIEL L. KALEBA

Attorneys for third party deponent ONSET IV MANAGEMENT, L.L.C.

Dated: August 4, 2005.

                PAHL & GOSSELIN

By _____
    FENN C. HORTON III

Attorneys for defendants and cross-complainants, Salvador Chavez, Jesse Patterson, Michael Romero, Anya Nikulina Remend, Inc. a California corporation, and Silkroad Software & Services, Inc.

-3-

STIPULATION AND ORDER RE DEPOSITION OF ONSET IV MANAGEMENT, L.L.C.

1  ## ORDER APPROVING STIPULATION

2  The foregoing stipulation regarding the deposition of third party deponent
3  ONSET IV MANAGEMENT, L.L.C. is approved and it is so ordered.
4  Dated: August ___, 2005.



HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

c:\escannet\onset-stip-03.doc

-4-
STIPULATION AND ORDER RE DEPOSITION OF ONSET IV MANAGEMENT, L.L.C.