SANFORD M. CIPINKO (CSB No. 88102)
LAW OFFICES OF SANFORD M. CIPINKO
55 Francisco Street, Suite 403
San Francisco, CA 94133
Telephone: (415) 693-9905

ROBERT E. WHITE (CSB No. 78567)
SUSAN C. RUSHAKOFF (CSB No. 115250)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA 94108
Telephone: (415) 788-6151

Attorneys for plaintiffs and counterdefendants
ESCANNET, a California corporation,
Julianne Feinberg, and Arthur V. Pearson,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESCANNET, a California corporation, et. al.,

Plaintiffs,

vs.

SALVADOR CHAVEZ, et. al.,

Defendants.

AND RELATED CROSS-CLAIM

No. C 04-02935 SI

[PROPOSED] ORDER RE FILING DOCUMENTS UNDER SEAL

(Civ. L.R. 79-5)

The Clerk is hereby ordered to accept for filing under seal documents submitted on behalf of plaintiffs and defendants in this action pertaining to discovery matters. The parties shall not be required to bring Administrative Motions to obtain separate orders with respect to each such filing, provided, however, that the parties shall comply with Civ. L.R. 79-

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

-1-

ORDER RE FILING DOCUMENTS UNDER SEAL

1 | 5(b)(3) and (4), and Civ. L.R. 79-5(c)(3), (4) and (5), as applicable, with respect to each such
2 | filing.
3 |       Dated: August ___, 2005.
4 |
5 |                         HONORABLE SUSAN ILLSTON
                        UNITED STATES DISTRICT JUDGE
6 |
7 | APPROVED AS TO FORM.
8 | Dated: August 1, 2005.
9 | PAHL & GOSSELIN
10 |
11 | By: [signature]
    Fenn C. Horton, III
12 | Attorneys for defendants Salvador
13 | ("Sal") Chavez, Jessie Patterson,
    Michael Romero, Anya Nikulina,
14 | Remend, Inc. and Silkroad Software &
    Services, Inc. and counterclaimants
15 | Salvador Chavez, Jessie Patterson,
    Michael Romero, Anya Nikulina,
16 | and Remend, Inc.

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Susan Illston — Judge Susan Illston]

-2-

ORDER RE FILING DOCUMENTS UNDER SEAL