SANFORD M. CIPINKO (CSB No. 88102)
LAW OFFICES OF SANFORD M. CIPINKO
55 Francisco Street, Suite 403
San Francisco, CA 94133
Telephone: (415) 693-9905

ROBERT E. WHITE (CSB No. 78567)
SUSAN C. RUSHAKOFF (CSB No. 115250)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA 94108
Telephone: (415) 788-6151

Attorneys for plaintiffs and counterdefendants
ESCANNET, a California corporation,
Julianne Feinberg, and Arthur V. Pearson,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESCANNET, a California corporation, et. al., | ) No. C 04-02935 SI |
|---|---|
| Plaintiffs, | ) SECOND STIPULATION AND [PROPOSED] ORDER RE DEPOSITION OF ONSET IV MANAGEMENT, L.L.C. |
| vs. | ) |
| SALVADOR CHAVEZ, et. al., | ) |
| Defendants. | ) |
| AND RELATED CROSS-CLAIM | ) |

IT IS HEREBY STIPULATED BY THE PARTIES AND BY ONSET IV MANAGEMENT, L.L.C., through their respective counsel, who warrant their authority, as follows:

## RECITALS

A. On or about June 30, 2005, third party deponent Onset IV Management, L.L.C. ("Onset") was served with a subpoena duces tecum requiring production of documents and testimony by the person most knowledgeable pursuant to Fed. R. Civ. P. 30(b)(6). The subpoena duces tecum was returnable on July 26, 2005.

1    B. Onset and the parties previously agreed that Onset may first produce
2    documents in response to the subpoena duces tecum and to defer the Fed. R. Civ. P. 30(b)(6)
3    deposition of Onset so as to minimize the intrusion on the time of Onset and its representatives
4    until such time as plaintiffs determine whether they in fact need Onset's testimony in addition
5    to production of documents. Onset and the parties therefore stipulated, and this Court approved
6    their stipulation, waiving discovery cutoff as to Onset so as to permit Onset's deposition to be
7    taken, if at all, on or before August 26, 2005. Onset produced approximately 1700 pages of
8    documents to plaintiffs on July 26, 2005.
9    C. Plaintiffs have re-noticed the deposition of Onset for August 24, 2005.
10   D. The parties, Onset, and another investor, have since agreed to conduct a
11   mediation in this case before retired Magistrate Judge Edward Infante on September 23, 2005.
12   As a result, the parties are agreeable to further postponing Onset's deposition, so that it will be
13   taken, if at all, only after the mediation.
14   IT IS THEREFORE STIPULATED AND AGREED by and between the parties
15   and Onset as follows:
16   1. Defendants agree to further extend the percipient discovery cutoff date until
17   October 7, 2005 only for the purposes of taking the Onset deposition, and reserve all rights to
18   oppose the Onset deposition, including the right to move to quash, object, or request a
19   protective order, should it again be re-noticed by plaintiffs. This stipulation does not affect
20   certain other agreements between plaintiffs and defendants waiving/extending discovery cutoff
21   as to other percipient witnesses and experts.
22   2. Defendants further stipulate to the authenticity of the documents produced
23   by Onset and their admissibility at the trial of this action.
24   3. Onset reserves all rights to oppose the Onset deposition, including the right
25   to move to quash, object, or request a protective order, should it be re-noticed by plaintiffs.
26   4. Plaintiffs reserve all rights to enforce the subpoena duces tecum, including
27   / / / / /
28

-2-

SECOND STIPULATION AND ORDER RE DEPOSITION OF ONSET IV MANAGEMENT, L.L.C.

1  but not limited to motions to compel or other relief.

2  Dated: August 19, 2005.

3  LAW OFFICES OF SANFORD M. CIPINKO

4  and

5  LAW OFFICES OF ROBERT E. WHITE

7  By: *Robert E. White*
   ROBERT E. WHITE

9  Attorneys for plaintiffs and counterdefendants
   ESCANNET, a California corporation
   JULIANNE FEINBERG and ARTHUR
10 PEARSON

11 Dated: August 19, 2005.

12 COOLEY GODWARD, L.L.P.

14 By: *Daniel Kaleba*
   DANIEL L. KALEBA

15 Attorneys for third party deponent
   ONSET IV MANAGEMENT, L.L.C.

17 Dated: August 19, 2005.

18 PAHL & GOSSELIN

20 By _____
   FENN C. HORTON III

21 Attorneys for defendants and cross-
   complainants, Salvador Chavez, Jesse
22 Patterson, Michael Romero, Anya Nikulina
   Remend, Inc. a California corporation, and
23 Silkroad Software & Services, Inc.

27 [ORDER APPROVING STIPULATION FOLLOWS]

28  -3-

SECOND STIPULATION AND ORDER RE DEPOSITION OF ONSET IV MANAGEMENT, L.L.C.

ORDER APPROVING SECOND STIPULATION RE DEPOSITION OF ONSET IV MANAGEMENT, L.L.C.

The foregoing stipulation regarding the deposition of third party deponent ONSET IV MANAGEMENT, L.L.C. is approved and it is so ordered.

Dated: August __, 2005.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Susan Illston

e:\escannet\onset-stip-second-01a.doc

-4-

SECOND STIPULATION AND ORDER RE DEPOSITION OF ONSET IV MANAGEMENT, L.L.C.