SANFORD M. CIPINKO (CSB No. 88102)
1  LAW OFFICES OF SANFORD M. CIPINKO
   55 Francisco Street, Suite 403
2  San Francisco, CA 94133
   Telephone: (415) 693-9905
3
   ROBERT E. WHITE (CSB No. 78567)
4  SUSAN C. RUSHAKOFF (CSB No. 215250)
   LAW OFFICES OF ROBERT E. WHITE
5  177 Post Street, Suite 890
   San Francisco, CA 94108
6  Telephone: (415) 788-6151

7  Attorneys for plaintiffs and counterdefendants
   ESCANNET, a California corporation,
8  Julianne Feinberg, and Arthur V. Pearson,

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12  ESCANNET, a California corporation,      )   No. C 04-02935 SI
    et. al. ,                               )
13                                          )   STIPULATION AND [PROPOSED]
        Plaintiffs,                         )   ORDER DISMISSING ACTION WITH
14                                          )   PREJUDICE
    vs.                                     )
15                                          )   (Fed. R. Civ. P. 41)
    SALVADOR CHAVEZ, et. al.,               )
16                                          )
        Defendants.                         )
17  _____)
                                            )
18                                          )
                                            )
19                                          )
                                            )
20  AND RELATED CROSS-CLAIM                 )
                                            )
21                                          )
                                            )
22                                          )
                                            )
23  _____)

24      The parties hereby stipulate and agree that this action shall be dismissed in its

25  entirety with prejudice, each side to bear his, her or its respective attorney's fees and costs,

26  said dismissal to include both the pending Second Amended Complaint and the Counterclaim

27  (Cross-Complaint), provided, however, that if any party hereto shall certify to this Court,

28  within ninety days, with proof of service of a copy thereon on opposing counsel, that any

                              -1-

1 | agreed consideration for the settlement has not been delivered, this order shall stand vacated

2 | and the action shall forthwith be restored to the calendar to be set for trial..

3 | SO STIPULATED.

4 | Dated: September 27, 2005.

5 | LAW OFFICES OF SANFORD M. CIPINKO

6 | LAW OFFICES OF ROBERT E. WHITE

7 |

8 | By: _Robert E. White_

9 | ROBERT E. WHITE

10 | Attorneys for plaintiffs and counterdefendants ESCANNET, a California corporation JULIANNE FEINBERG and ARTHUR

11 | PEARSON

12 | SO STIPULATED.

13 | Dated: September 27, 2005.

14 | PAHL & GOSSELIN

15 |

16 | By _Fenn C. Horton III_

17 | FENN C. HORTON III

18 | Attorneys for defendants and cross-complainants, Salvador Chavez, Jesse Patterson, Michael Romero, Anya Nikulina

19 | Remend, Inc. a California corporation, and Silkroad Software & Services, Inc.

20 | ORDER APPROVING STIPULATION AND DISMISSING ENTIRE ACTION WITH PREJUDICE

21 |

22 | The foregoing stipulation is approved and IT IS SO ORDERED. This action is

23 | hereby dismissed with prejudice, each side bearing his, her or its respective attorney's fees and

24 | costs, said dismissal to include both the pending Second Amended Complaint and the

25 | Counterclaim (Cross-Complaint), provided, however, that if any party hereto shall certify to

26 | this Court, within ninety days, with proof of service of a copy thereon on opposing counsel,

27 | that the agreed consideration for the settlement has not been delivered, this order shall stand

28 | /////

1  vacated and the action shall forthwith be restored to the calendar to be set for trial.

2          Dated: September ___, 2005.

3

4                                              HONORABLE SUSAN ILLSTON
                                               UNITED STATES DISTRICT JUDGE
5  e:\escannct\stipord-dismiss-03.doc

6

7                                              GRANTED

8

9                                              Judge Susan Illston

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        -3-